**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHARAN CARA,

    Plaintiff,                                       Case No. 6:20-cv-00288-RBD-GJK

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Sharan Cara (the "Plaintiff") and Dynamic Recovery Solutions, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: May 26, 2020                                Respectfully submitted,

                                                                s/ Alexander J. Taylor
                                                                Alexander J. Taylor, Esq.
                                                                Florida Bar No. 1013947
                                                                *Counsel for Plaintiff*
                                                                Sulaiman Law Group, Ltd.
                                                                2500 Highland Avenue, Suite 200
                                                                Lombard, Illinois 60148
                                                                (630) 575-8181 (phone)
                                                                (630) 575-8188 (fax)
                                                                ataylor@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020 I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
